SO ORDERED.

Dated: December 7, 2020



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| PHONG THANH DO, | Case No. 2:20-bk-05009-MCW |
| Debtor. | **Adv. No. 2:20-ap-00229-MCW** |
| PEGASUS CONSTRUCTION, INC., | |
| Plaintiff, | **DEFAULT JUDGMENT** |
| vs. | |
| HOA THI-TUYET LE and PHONG THANH DO, | |
| Defendants. | |

This matter comes before the Court with respect to the Complaint filed by Pegasus Construction, Inc. ("**Plaintiff**") against Hoa Thi-Tuyet Le and Phong Thanh Do ("**Defendants**") for claims of nondischargeability under 11 U.S.C. §§ 523(a)(2), (a)(4), (a)(6), and 524(a)(3). Default was entered against the Defendants on October 20, 2020 [ECF No. 14]. Based upon the Defendants' failure to respond to the complaint filed in this adversary proceeding and upon the Plaintiff's *Application for Default Judgment*, the Court hereby enters this Judgment in favor of Plaintiff and against Defendants.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

/ / /

{00260576}

1. This Court has jurisdiction over the subject matter hereof and the parties hereto.

2. Plaintiff is awarded its reasonable costs of $350.

3. The debt owed by Defendants to the Plaintiff of $923,652 together with the costs awarded above (together, "**Claim**") is excepted from discharge pursuant to 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(5).

4. The Defendants' marital community shall not receive a discharge from the Claim pursuant to 11 U.S.C. § 524(a)(3).

5. Interest shall accrue on the Claim at the relevant federal judgment interest rate from the date herein.

6. Entry of this Judgment resolves the claims in the Complaint.

**DATED AND SIGNED ABOVE**