United States Bankruptcy Court
District of Arizona

Pegasus Construction, Inc.,
    Plaintiff

LE,
    Defendant

Adv. Proc. No. 20-00229-MCW

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: radickem | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf05a | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + HOA THI-TUYET LE, 8748 W. Maya Way, Peoria, AZ 85383-3703 |
| pla | + Pegasus Construction, Inc., c/o Allen Barnes & Jones, PLC, 1850 N. Central Ave., Ste. 1150, Phoenix, AZ 85004-4512 |
| dft | + Phong Thanh Do, 8748 W. Maya Way, Peoria, AZ 85383-3703 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion14.px.ecf@usdoj.gov | Dec 09 2020 00:12:00 | U.S. TRUSTEE, OFFICE OF THE U.S. TRUSTEE, 230 NORTH FIRST AVENUE, SUITE 204, PHOENIX, AZ 85003-1725 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HILARY L BARNES | on behalf of Plaintiff Pegasus Construction Inc. hbarnes@allenbarneslaw.com, sgomez@allenbarneslaw.com,mvasquez@allenbarneslaw.com,ssheffield@allenbarneslaw.com,mmorgan@allenbarneslaw.com |

SO ORDERED.

Dated: December 7, 2020



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| PHONG THANH DO, | Case No. 2:20-bk-05009-MCW |
| Debtor. | **Adv. No. 2:20-ap-00229-MCW** |
| PEGASUS CONSTRUCTION, INC., | |
| Plaintiff, | **DEFAULT JUDGMENT** |
| vs. | |
| HOA THI-TUYET LE and PHONG THANH DO, | |
| Defendants. | |

    This matter comes before the Court with respect to the Complaint filed by Pegasus Construction, Inc. ("**Plaintiff**") against Hoa Thi-Tuyet Le and Phong Thanh Do ("**Defendants**") for claims of nondischargeability under 11 U.S.C. §§ 523(a)(2), (a)(4), (a)(6), and 524(a)(3). Default was entered against the Defendants on October 20, 2020 [ECF No. 14]. Based upon the Defendants' failure to respond to the complaint filed in this adversary proceeding and upon the Plaintiff's *Application for Default Judgment*, the Court hereby enters this Judgment in favor of Plaintiff and against Defendants.

    **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

/ / /

{00260576}

1. This Court has jurisdiction over the subject matter hereof and the parties hereto.

2. Plaintiff is awarded its reasonable costs of $350.

3. The debt owed by Defendants to the Plaintiff of $923,652 together with the costs awarded above (together, "**Claim**") is excepted from discharge pursuant to 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(5).

4. The Defendants' marital community shall not receive a discharge from the Claim pursuant to 11 U.S.C. § 524(a)(3).

5. Interest shall accrue on the Claim at the relevant federal judgment interest rate from the date herein.

6. Entry of this Judgment resolves the claims in the Complaint.

**DATED AND SIGNED ABOVE**

{00260576} -2-